IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| DONNA WRIGHT : | |
| : | |
|    Plaintiff, : | Case No. 1:23-cv-01192 GBW |
| : | |
| A.C.A. INDUSTRIES, INC., : | |
| : | |
|    Defendant. : | |

## **MOTION FOR DEFAULT JUDGMENT**

**NOW COMES,** the Plaintiff, Donna Wright, by and through undersigned counsel, and moves this Honorable Court to enter default judgment in favor of Plaintiff and against Defendant. In support of this application, Plaintiff states as follows:

1. This application is made pursuant to Federal Rule of Civil Procedure 55.

2. Defendant is not an infant, an incompetent person, and not in the military.

3. This lawsuit arises out of claims brought by the above plaintiff against the defendant for violations of the Fair Labor Standards Act and violations of the Delaware Whistleblowers Act.

4. On October 20, 2023, Counsel filed with this Court a Complaint naming A.C.A. Industries, Inc., as a defendant.

5. On May 19, 2025, a process server effectuated service upon Defendant, A.C.A. Industries, Inc., via its registered agent, Steven R. Schooley. A copy of the Proof of Service is attached as Exhibit A.

6. The Defendant's Answer was due to be filed on June 9, 2025. As of the date of this filing, no such Answer has been filed.

7. As a result of the above-mentioned violations, Plaintiff has incurred damages, litigation expenses, and attorney's fees.

8. Plaintiff requests that the Court enter default judgment in favor of Plaintiff and schedule a trial for damages for this matter.

                **THE POLIQUIN FIRM, LLC**

                /s/ Ronald G. Poliquin
                RONALD G. POLIQUIN, ESQUIRE
                Delaware Bar ID No. 4447
                1475 S. Governors Ave.
                Dover, DE  19904
                (302) 702-5501
                *Attorney for Plaintiff Donna Wright*

Filed: July 23, 2025